UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BROWN, Individually and on Behalf of the Estate of RONALD BROWN, JR., <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, et al., <br><br> Defendants. | No. C08-00974 EDL <br><br> RECUSAL ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: March 13, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge