**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 9, 2008

Clerk, U.S. District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113

RE: CV 08-00974 CW   Brown-v-Bayer Healthcare Pharmaceuticals, Inc.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☐    Certified copy of docket entries.

    ☐    Certified copy of Transferral Order.

    ☐    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                Sincerely,
                RICHARD W. WIEKING, Clerk

                by:  Clara Pierce
                Case Systems Administrator

Enclosures
Copies to counsel of record